Order filed September 30, 2013



# In The

# Eleventh Court of Appeals

_____

## No. 11-13-00214-CR

_____

## BRITTANY REDDEN, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 6**
**Tarrant County, Texas**
**Trial Court Cause No. 1204249**

## O R D E R

The reporter's record in this case was filed on September 12, 2013. Upon filing the reporter's record, the clerk of this court noticed that State's Exhibit No. 1, a DVD, was omitted from the record. The record reflects that the DVD was published to the jury and that it depicts "the scene, both at the roadside and in the intox room." Appellant, Brittany Redden, was convicted of driving while intoxicated. Instead of providing this court with a copy of the DVD, the official court reporter for the trial court, Peggy Ballew—Texas CSR #5535, merely included a photocopy of the front of the DVD in the reporter's record.

The clerk of this court contacted Ballew by phone in an attempt to obtain a copy of the DVD. Ballew vehemently refused to provide this court with a copy of the DVD and stated that we should obtain a copy from the trial court clerk. However, the court reporter is the only person authorized to certify that the exhibits constitute true and complete duplicates of the exhibits introduced at trial. Rule 34.6(g)(1) of the Texas Rules of Appellate Procedure provides in relevant part:

> At the court reporter's request, the trial court clerk must give all original exhibits to the reporter for use in preparing the reporter's record. Unless ordered to include original exhibits in the reporter's record, the court reporter must return the original exhibits to the clerk after copying them for inclusion in the reporter's record.

By this order, Ballew is directed to prepare, certify, and file in this court a supplemental reporter's record containing a duplicate DVD copy of State's Exhibit No. 1. *See* TEX. R. APP. P. 34.6(d). Ballew is ORDERED to file the supplemental reporter's record in this cause on or before **October 10, 2013, at 5:00 p.m.** At that time, the supplemental reporter's record must be either physically present in the clerk's office of the Eleventh Court of Appeals at 100 West Main Street, suite 300, in Eastland, Texas, or electronically filed through the TAMES Records Submission Portal for the Eleventh Court of Appeals.

It is further ordered by this court that the clerk of this court furnish a copy of this order to the trial court from which this appeal has been taken and to the Court Reporters Certification Board.

JIM R. WRIGHT

September 30, 2013            CHIEF JUSTICE

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.